IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | |
| vs | CRIMINAL 08-0242CCC |
| **1) GILBERTO RODRIGUEZ** | |
| 2) ANGEL MENDEZ | |
| 3) SUGEYL RODRIGUEZ | |
| 4) BARBARA RAMOS | |
| 5) YAMILET FAJARDO | |
| 6) MARYLIN PINEDA | |
| 7) MILDRED BAEZ | |
| 8) PEDRO PEREZ | |
| 9) CARMEN SEIN | |
| 10) RICHARD PIETRI | |
| 11) EUSEBIO MERCEDES | |
| 12) GERALDO CASTRO | |
| 13) GILBERTO MODESTO | |
| 14) ONNIS ACOSTA | |
| 15) MARILIZ SUAREZ | |
| 16) FRANCISCO FONTANEZ | |
| 17) SAMUEL ESCOBAR | |
| 18) MARTIN PERNAS | |
| 19) ANIBAL ROSSELLO | |
| 20) SONYA CASTELLANOS | |
| 21) MAXIMILIEN ESPINAL | |
| 22) MIGUEL DE AZA | |
| 23) HARRY REYES | |
| 24) LOUIS CRUZ | |
| 25) JULIO MARIN | |
| 26) GLORIA CASTRO | |
| 27) CESAR BERROA | |
| 28) RAYSA PACHECO | |
| 29) JULIO CASTRO | |
| 30) ELBA TORRES | |
| 31) GLENDA DAVILA | |
| 32) RAYMOND RODRIGUEZ | |
| 33) JOEL CASTILLO | |
| 34) YOLANDA RODRIGUEZ | |
| Defendants | |

**ORDER**

Having considered the Report and Recommendation filed on March 27, 2014 (**docket entry 2267**) on a Rule 11 proceeding of defendant [1] Gilberto Rodríguez-Santiago before U.S. Magistrate-Judge Camille L. Vélez-Rivé on March 7, 2014, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is

CRIMINAL 08-0242CCC                          2

accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.  Defendant is advised, however, that the Court will defer its decision on whether to accept or reject the parties' Fed. R. Crim. P. 11(c)(1)(C) plea agreement until it has reviewed the Pre-Sentence Report.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since March 7, 2014.  The **sentencing hearing is set for June 10, 2014 at 4:30 PM**.

The U.S. Probation Officer is reminded that, should any objections be raised by defendant to the PreSentence Report, the Addendum to said PreSentence Report must specifically identify any unresolved objections, the grounds for the objections, and the U.S. Probation Officer's comments on them, as required by Fed. R. Crim. P. 32(g).  The party that raised the unresolved objections shall, **within twenty-four (24) hours** after the Addendum is disclosed, state in writing whether it will insist that the unresolved objections be ruled upon by the Court.  Failure to do so will be deemed by the Court as a withdrawal of the unresolved objections.

SO ORDERED.

At San Juan, Puerto Rico, on May 6, 2014.


S/CARMEN CONSUELO CEREZO
United States District Judge